### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RADON SPORT, INC., )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>SPORTS CAR CLUB OF AMERICA, INC., )<br>et al., )<br>)<br>        Defendants. ) | Case No. 13-2178 EFM/KMH |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Radon Sport, Inc. hereby dismisses its claims in this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

_/s/ Patrick J. Stueve_

Patrick J. Stueve — KS Bar # 13847
stueve@stuevesiegel.com
Steve Six — KS Bar # 16151
six@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:  816-714-7110
Facsimile:  816-714-7101

**COUNSEL FOR PLAINTIFF RADON SPORT**

OP 871673.1

## **CERTIFICATE OF SERVICE**

  On April 11, 2014, the Court's Case Management/Electronic Case Filing system notified the attorneys for every party of this filing.

_____
Attorney for plaintiff Radon Sport, Inc.